UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 11-75 (DMC) |
| LELAND K. ALEXANDER | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney), and defendant Leland K. Alexander (by his counsel) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to this first continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The grant of this first continuance will likely conserve judicial resources;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would

unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this  16  day of March, 2011,

ORDERED that this action be, and it hereby is, continued for a period of sixty (60) days from and including March 2, 2011; and it is further

ORDERED that the period from and including March 2, 2011 through and including May 1, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Assistant U.S. Attorney

_____
Counsel for Defendant Leland K. Alexander