UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LELAND K. ALEXANDER, [11- 75- /

# PETITION FOR
# WRIT OF HABEAS CORPUS

( ) Ad Prosequendum          ( ) Ad Testificandum

1. **Leland K. Alexander,**          SBI No. 724323D (hereinafter the "Detainee") is now confined at the **Mountainview Youth Correctional Facility (NJDOC)**

2. The Detainee is

   charged in this District by: (X) Indictment     ( ) Information     ( ) Complaint
   with a violation of :

   18 U.S.C. § 922g1

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Newark, New Jersey, at the U.S. Post Office & Courthouse Bldg., Federal Square, before the Honorable Dennis M. Cavanaugh, U.S. District Judge, on Monday, April 25, 2011 at 10:30 a.m., for a Plea Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 8, 2011

Aaron Mendelsohn
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: April 18, 2011

_____
Hon. Dennis M. Cavanaugh
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Mountainview Youth Correctional Facility (NJDOC):**

WE COMMAND YOU that you have the body of

**LELAND K. ALEXANDER**

now confined at the Mountainview Youth Correctional Facility (NJDOC), brought before the United States District Court, the Honorable Dennis M. Cavanaugh, U.S. District Judge, in the U.S. Post Office & Courthouse Bldg., Federal Square at Newark, New Jersey, on Monday, April 25, 2011 at 9:00 a.m., in civilian clothes, so that the Detainee may appear for a Plea Hearing.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: April 18, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

2