UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. **LELAND K. ALEXANDER**, [11-75]

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum      ( ) Ad Testificandum

1. **Leland K. Alexander, DOB 6/12/88 SBI No. 724323D** (hereinafter the "Detainee") is now confined at the **Mountainview Youth Correctional Facility (NJDOC)**

2. The Detainee is

   charged in this District by: ( X ) Indictment    ( ) Information    ( ) Complaint
   with a violation of :

   18 U.S.C. § 922(g)(1)

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Newark, New Jersey, at the U.S. Post Office & Courthouse Bldg., Federal Square, before the Honorable Dennis M. Cavanaugh, U.S. District Judge, on Monday, August 15, 2011 at 9:00 a.m., for Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: July 28, 2011

_____
Aaron Mendelsohn
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: July 28, 2011

                                         Hon. Dennis M. Cavanaugh
                                         United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Mountainview Youth Correctional Facility (NJDOC)**:

WE COMMAND YOU that you have the body of

**LELAND K. ALEXANDER**

now confined at the Mountainview Youth Correctional Facility (NJDOC), brought before the United States District Court, the Honorable Dennis M. Cavanaugh, U.S. District Judge, in the U.S. Post Office & Courthouse Bldg., Federal Square at Newark, New Jersey, on Monday, August 15, 2011 at 9:00 a.m., in civilian clothes, so that the Detainee may appear for Sentencing.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

      WITNESS the Honorable Dennis M. Cavanaugh
      United States District Judge
      Newark, New Jersey.

DATED: July 28, 2011
                                         WILLIAM T. WALSH
                                         Clerk of the U.S. District Court
                                         for the District of New Jersey

                                         Per: _____
                                         Deputy Clerk