UNITED STATES v. LELAND K. ALEXANDER, [11-75]

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum ( ) Ad Testificandum

1. **Leland K. Alexander, DOB 6/12/88 SBI No. 724323D** (hereinafter the "Detainee") is now confined at the **Mountainview Youth Correctional Facility (NJDOC)**

2. The Detainee is

charged in this District by: ( X ) Indictment ( ) Information ( ) Complaint with a violation of:

18 U.S.C. § 922(g)(1)

3. The Detainee will

return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Newark, New Jersey, at the U.S. Post Office & Courthouse Bldg., Federal Square, before the Honorable Dennis M. Cavanaugh, U.S. District Judge, on Thursday, August 25, 2011 at 9:00 a.m., for Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 15, 2011

_____
Aaron Mendelsohn
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: August 15, 2011

*[signature]*
Hon. Dennis M. Cavanaugh
United States District Judge

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Mountainview Youth Correctional Facility (NJDOC)**:

WE COMMAND YOU that you have the body of

**LELAND K. ALEXANDER**

now confined at the Mountainview Youth Correctional Facility (NJDOC), brought before the United States District Court, the Honorable Dennis M. Cavanaugh, U.S. District Judge, in the U.S. Post Office & Courthouse Bldg., Federal Square at Newark, New Jersey, on Thursday, August 25, 2011 at 9:00 a.m., in civilian clothes, so that the Detainee may appear for Sentencing.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: August 15, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _*[signature]*_
Deputy Clerk

2