PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leland Alexander                                    Cr.: 11-00075-001
                                                                      PACTS #: 60564

Name of Sentencing Judicial Officer:   THE HONORABLE DENNIS M. CAVANAUGH
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/25/2011

Original Offense:   Count 1: Unlawful Transport Of Firearms - 18:922G

Original Sentence: 78 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/10/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1                  On September 28, 2018, Alexander was arrested by New Jersey State Police
                   and charged with three counts of drug offenses: 1) possession with intent to
                   distribute heroin within 1000 feet of a school in violation of NJSC 2C:35-7A:
                   2) manufacturing and distribution of heroin in violation of NJSC 2C:35-5B(3);
                   and 3) conspiracy to distribute cds in violation of NJSC 2C5-2A(1). This
                   matter remains pending in New Jersey Superior Court, Essex Vicinage and his
                   next court date is October 22, 2018. Alexander was arrested along with Khalif
                   Spivey, who is also on supervised release. We are awaiting the incident
                   reports from New Jersey State Police.

U.S. Probation Officer Action:

At this time, we request no formal action be taken until receipt of the incident report. We have referred Alexander to our in-house Moral Reconation Therapy (MRT) program which is a cognitive behavioral program that focuses on decision making.

                                                           Respectfully submitted,

                                                           By: Amy J. Capozzolo
                                                               U.S. Probation Officer
                                                           Date: 10/09/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/22/2018
Date